# EXHIBIT 11



June 15, 2000

Ms. Karen A. Pfirrman
Purchasing Manager
Johnson & Johnson
Consumer Products Company
P.O. Box 587
545 Old Elbert Road
Royston, Georgia 30662

Sent by Fax
& by Courier

(Phone: 706-245-2042)

Dear Karen:

Reference is made to the Amendment Agreement dated as of December 31, 1996 to the Talc Supply Agreement dated as of January 6, 1989 between Johnson & Johnson Consumer Products, Inc. and RTZ America, Inc.

Pursuant to Section 3 of that Amendment Agreement, this letter is to advise you that, we, the Seller have decided to terminate the term of this Amendment Agreement as of the end of calendar year 2000.

As we discussed by phone, thereafter, for calendar year 2001, Luzenac America would be pleased to continue to supply to Johnson & Johnson talc of the type and specification set out in the Talc Supply Agreement at a price of US $285 per metric ton, or US$25 per metric ton higher than the currently prevailing price.

We regret having to take this position. We appreciate the opportunity to work with you in a continued spirit of cooperation to seek a long term arrangement which will be satisfactory to both of our companies.

Sincerely,


Richard J. Meli
President

CC: *Director of Procurement*, J &J Baby Products Company, c/o Johnson & Johnson Consumer Products, Inc., 501 George Street, New Brunswick, NJ 08903, sent by Registered Mail
*General Counsel*, Johnson & Johnson, One Johnson & Johnson Plaza, New Brunswick, NJ 08933, sent by Registered Mail
*André Talmon* – Luzenac Group
*Jack Buettner* – Luzenac America
*Steve Mauney* – Luzenac America

J &J Baby Products Company
c/o Johnson & Johnson Consumer Products, Inc.
501 George Street, New Brunswick, NJ  08903

Attn:  Director of Procurement,


Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ  08933

Attn:  General Counsel