# EXHIBIT 17



**FARELLA BRAUN + MARTEL LLP**

DAVID B. SMITH, CPCU, ARM
Insurance and Risk Management Consultant
dsmith@fbm.com
D 415.954.4435

February 2, 2016

*By Certified Mail*
*Return Receipt Requested*

Insurance Companies (per attached list)

    Re:    Named Insured:  Johnson & Johnson
                Ovarian Cancer Talc Lawsuits

Dear Claims Adjusters:

      This firm represents Rio Tinto America, Inc. and various of its subsidiaries (collectively, "Rio Tinto"). We believe that your companies issued various policies of liability insurance to Johnson & Johnson and its subsidiaries ("J&J"). These policies are listed on the attached chart.

      Around 160 lawsuits have been filed against J&J, Imerys Talc America ("Imerys Talc"), and others alleging that J&J's products, including Johnson's Baby Powder and other products containing talc, have caused ovarian cancer in women. A sample lawsuit is attached. All the other lawsuits make very similar allegations. Please contact the undersigned if you wish to make arrangements to obtain copies of all the complaints.

      Imerys Talc is the successor to Luzenac America, Inc. ("Luzenac"). Luzenac was a subsidiary of Rio Tinto. Imerys Talc and its predecessors are alleged to have supplied talc to J&J for use in its products. Imerys Talc is currently being defended in these lawsuits by Gordon & Rees.

      Between 1965 and 1989, Windsor Minerals, Inc. ("Windsor"), which was a wholly owned subsidiary of J&J, supplied talc to J&J for such products. In 1989, Cyprus Mines Corporation ("Cyprus Mines") bought Windsor from J&J by means of a Stock Purchase Agreement ("SPA"). Thus, Windsor's insurance rights transferred to Cyprus by operation of law, and was also supported by an assignment of rights in the SPA. J&J further represented and warranted that Windsor was an insured under J&J's historical insurance program.

      In June 1992, Cyprus Mines (at that time a subsidiary of Cyprus Mineral Company) transferred its mining assets, including Windsor, into a new company, Cyprus Talc Corporation, pursuant to an Agreement of Transfer and Assumption ("ATA"). At the same time, Rio Tinto (at that time known as RTZ America, Inc.) bought Cyprus Talc Corporation also by means of a Stock Purchase Agreement. The name of Cyprus Talc was changed to Luzenac America.

Russ Building · 235 Montgomery Street · San Francisco, CA 94104 · T 415.954.4400 · F 415.954.4480

SAN FRANCISCO   ST. HELENA   www.fbm.com

Insurance Companies (per attached list)　　　　　　　　　 FARELLA
February 2, 2016　　　　　　　　　　　　　　　　　　　　　　BRAUN+MARTEL LLP
Page 2

    In June 2011, Rio Tinto sold its talc business to Mircal S.A. ("Mircal"), again by means of a Stock Purchase Agreement. Mircal changed the name to Imerys Talc.[1]

    In all the above described transactions, each purchaser not only bought all the assets of the acquired company, but also became the beneficiary of the acquired company's insurance assets. Thus, by both operation of law and by assignment, Imerys Talc is the successor-in-interest to Windsor under the policies issued to J&J for the period 1965 through 1989, all of which included Windsor as an insured as a subsidiary of J&J.

    In connection with the sale of Luzenac to Mircal, Rio Tinto made available a number of liability policies to Imerys Talc. These policies were issued by Zurich America Ins. Co. and Imerys is currently being defended under them. Our present interest is to obtain an acknowledgement of coverage, and contribution to the cost of defense, from each applicable policy providing coverage for these claims.

    We believe the policies issued by your companies provide coverage to Imerys Talc, as successor to Windsor, for these lawsuits. Would you please search for and provide us with copies of the identified policies, and any other liability policies (including umbrella and excess) your companies and/or affiliates or subsidiaries issued to J&J that may provide coverage for the ovarian talc lawsuits. The information we have of these policies is included on the attached chart in the form of legal citations to cases that list the policies or is taken from an exhibit to one of the corporate Stock Purchase Agreements. Please also acknowledge your duty to defend Imerys Talc and your agreement to share in the ongoing defense costs.

    If you have information or evidence of any other policies issued by any other insurers that may provide coverage for these lawsuits, please also provide copies. Please feel free to contact me or John Green (415-954-4492) if you have any questions.

                                        Yours sincerely,

                                        David B. Smith, CPCU, ARM
                                      Insurance and Risk Management Consultant

DBS:dbs
Enclosures

cc:    Zsófia Porter (RTZ) (w/o encls.)
       Angela Elbert, Esq. (counsel for Imerys) (w/o encls.)
       John D. Green, Esq. (w/o encls.)

31773\5177246.1

---

[1] The stock purchase agreements, the ATA and other relevant documents of the transactions are subject to confidentiality provisions. On your request, and subject to your acknowledgement that your company insured Windsor, we will forward a confidentiality agreement for you to sign that will allow us to make available all the relevant documents relating to the corporate transactions.

2/2/2016 Letter to Insurance Companies - **Attachment for Seven Addressees**

Travelers Insurance Company, Claims Dept.
Attn: Tim Mills
6060 South Willow Drive
Greenwood Village, CO 80111


North River Ins. Co.
Crum & Forster Claims Dept.
PO Box 1973
305 Madison Avenue
Morristown, NJ 07962


Liberty Mutual Ins. Co., Claims Dept.
175 Berkeley Street
Boston, MA 02116


First State Ins. Co., Claims Dept.
c/o The Hartford
100 High Street, Suite 800
Boston, MA 02110


Berkshire Hathaway Direct Ins. Co.
Claims Dept.
3024 Harne street
Omaha, NE 68131


Granite State Ins. Co.
c/o AIG, Claims Dept.
175 Water Street,
New York, NY 10038