# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re**<br><br>**IMERYS TALC AMERICA, INC.,** *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Civ. Action No. 19-mc-00103<br><br>Bankr. Case No. 19-10289 (LSS)<br><br>Jointly Administered |

## CONSENT ORDER EXTENDING DEADLINE TO FILE RESPONSE

1. On April 18, 2019, Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "J&J") filed their *Motion to Fix Venue For Claims Related to Imerys's Bankruptcy Under 28 U.S.C. §§ 157(b)(5) and 1334(b)* (the "Motion") seeking entry of an order fixing venue in this Court for certain personal injury and wrongful death claims ("Claims") against J&J.

2. Pursuant to Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, responses to the Motion must be filed on or before May 2, 2019 (the "Response Deadline").

3. Upon consultation between counsel to J&J; Beasley Allen, counsel to numerous plaintiffs asserting Claims against J&J (the "Beasley Allen Plaintiffs"); and counsel to the Official Committee of Tort Claimants in the above referenced bankruptcy cases[2] (the "Committee," and together with J&J and the Beasley Allen Plaintiffs, the "Parties"), the Parties agree, subject to the Court's approval, to extend the Response Deadline to May 13, 2019.  J&J's

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] J&J consents to the Committee's intervention in that J&J will not argue that the Committee's participation in opposing the Venue motion is procedurally improper, but J&J reserves the right to argue that the Committee's participation is not proper for any other reason.

reply brief will be due May 23, 2019.  In consideration whereof, it is hereby ORDERED and ADJUDGED that:

a. The deadline for any parties-in-interest in this case to file responses to the Motion shall be and hereby is extended for all parties-in-interest in this case and the Future Claimants' Representative in the above referenced bankruptcy case to May 13, 2019;

b. The deadline for J&J to file any reply brief shall be and hereby is extended to May 23, 2019.

_____
United States District Judge

Agreed to as to form and content:

/s/ Daniel A. Griffith                          
Whiteford, Taylor & Preston, LLP
Marc R. Abrams (Del. Bar No. 955)
Daniel A. Griffith (Del. Bar No. 4209)
The Renaissance Centre, Suite 500
405 N. King Street
Wilmington, DE  19801
T: (302) 357-3254
F: (302) 357-3274
dgriffith@wtplaw.com

 -and-

Kevin G. Hroblak
7 St. Paul Street
Baltimore, MD 21202-1626
T: (410) 347-9405
F: (410) 223-4305
khroblak@wtplaw.com

 -and-

/s/ Diane P. Sullivan                       
Drinker Biddle & Reath LLP
Steven K. Kortanek (Del. Bar No. 3106)
Patrick A. Jackson (Del Bar No. 4976)
Joseph N. Argentina, Jr. (Del. Bar No. 5453)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Steven.Kortanek@dbr.com
Patrick.Jackson@dbr.com
Joseph.Argentina@dbr.com

 -and-

| | |
|---|---|
| David W. Gaffey<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, VA 22042<br>T: (703) 280-3374<br>F: (202) 327-6158<br>dgaffey@wtplaw.com<br><br>*Counsel to the Beasley Allen Plaintiffs* | Weil, Gotshal & Manges LLP<br>Diane P. Sullivan<br>Marcia L. Goldstein<br>Ronit J. Berkovich<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br>*Counsel to J&J* |

 /s/ Davis Lee Wright
_____
Robinson & Cole LLP
Natalie D. Ramsey (No. 5378)
Mark A. Fink (No. 3946)
Davis Lee Wright (No. 4324)
Laurie A. Krepto (No. 4109)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 295-4800
Fax: (302) 351-8618
nramsey@rc.com
mfink@rc.com
lkrepto@rc.com

   -and-

Willkie Farr & Gallagher LLP
Rachel C. Strickland (admitted *pro hac vice*)
Jeffrey B. Korn (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
jkorn@willkie.com

*Proposed Counsel to the Official Committee of Tort Claimants*