# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>IMERYS TALC AMERICA, INC., *et al.*,<br><br>Debtors. | Case No. 19-mc-00103-MN<br>Hon. Maryellen Noreika |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF W. MARK LANIER

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of W. Mark Lanier, Esquire of the Lanier Law Firm to represent the Lanier Plaintiffs listed on Exhibit A attached hereto, in the above-captioned matter.

Dated:  May 13, 2019
         Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:     (302) 295-0199
Email:           desgross@chipmanbrown.com

## CERTIFICATION BY W. MARK LANIER
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Texas and of the State of New York, and the United States District Courts for the Southern, Eastern, Northern and Western Districts of Texas, and the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States District Court for the Northern District of Indiana, and the United States Courts of Appeals for the Fifth, Eighth, Ninth and Tenth Circuits, and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 13, 2019

W. Mark Lanier
**LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Pkwy N., Suite 100
Houston, Texas 77064
Telephone:   (713) 659-5200
Facsimile:    (713) 659-2204
Email:         wml@lanierlawfirm.com

## Exhibit A

| | | |
|---|---|---|
| Agri, Katherine | Farrar, Tenesha | Lawrence, Joyce |
| Aiken, Janice | Fell, Joyce | Lugo, Debra |
| Alander, Robin | Fox, Laverne | Luna, Hermelinda |
| Amoruso, Jodi | Galloway, Angel | Mallison-Spokny, Caroline |
| Arazosa, Richard | Galloway, Marvel | Manwill, Lori |
| Bailey, Karen | Gambino, Maria | Martinez, Gustavo Sr. |
| Bancroft, Edna | Garen, Christine | Matthews, Tricia |
| Barbour, Debra | Genereaux, Nathan | Mauri, Debra |
| Bard, Nancy | Gire, Anna | Maxwell, Susan |
| Benson, Arlene | Glad, Eileen | Mazurkieqicz, Tanya |
| Boliek, Nina | Haluch, June | McCluskey, Deborah |
| Breakell, Adam | Hanks, Tania | McKiernan, Maria |
| Bro, Dorothy | Hanley, Alice | Mileham, Melinda |
| Bronk, Marilyn | Happersett, Janelle | Miller, Lynn |
| Brookins, Gwen | Hardman, Betsey | Monko, Malgorzata |
| Burke, Bibi | Hedrick, Ramona | Motley, LaSarah |
| Canzoneri, Becky | Hennessy, Julianne | Muff, Miran |
| Carillo Bermudez, Tamra | Henry, Linda | Munford, Ashley |
| Cartwright, Alice | Herrmann, Deborah | Murray, Tina |
| Chapman, Michelle | Hill, Bernice | Muzquiz, Ramon F. |
| Ciccone, Patricia | Hirst, Sandra | Neer, Donna |
| Clark, Sharon | Holbury, Pat | Neil Shewchuk, Tracy |
| Cogburn, Betty | Holt, Kathleen | Neil, Laina |
| Cox, Shirley | Horrighs, Pam | Novean, Sylvia |
| Crims, Robin | Hough, Mari | Olsted, Kathryn |
| Cunnie, Kathleen | Humphrey, Janet | Ortiz, Elisa |
| Dadrass, Mina | Ingram, Debbie | Osband, Marla |
| Dahl, Cynthia | Jeremiah-Taylor, Cyndie | Parker, Rachel |
| Dannin, Jennifer | Johnson (AKA Young), Victoria | Patxot, Helen |
| Davenport, Marcia | | Pelle, Pamela |
| Davis, Victoria | Jones, Jeanette | Perez, San Juana |
| Dawkins, Constance | Jordan-Robinson, Laurie | Powers, Kay |
| De La Fuente, Leticia | Julian, Susan | Reed, Margaret |
| DeJesus, Elvira | Karichina, Oxana | Richardson, Marie |
| DeLaHunt, LaLoni | Keyston, Lisa | Richardson, Sandra |
| Dempsey, Maureen | Kinder, Susan | Riojas, Delaine |
| Dennis, Brenda | Kinsey, Joanne | Rivas, Patricia |
| Dienes, Elizabeth | Kirk, Joann | Rizzo, Judith |
| Doyle, Arlene | Kleven, Michelle | Robinson, Laurie |
| Ejigu, Genet | Kluis, Amber (OBO Vonda Clayton) | Rodriguez, Virginia |
| Ellis, Christine | | Rodriguez-Cortez, Araceli |
| Eme, Ellen | Laporte, Michele | Roper, Brenda |
| Erickson, Alys M. | Lasley, Patricia | Rowton, Sharon |

Maura Kolb, Esq.
May 10, 2019
Page 6

| | | |
|---|---|---|
| Ruffin, Mary | Sockrider, Ruth Joy | Velasco-Tapia, Lori |
| Ruman, Joanna | Spears, Sandra | Vereen, Lisa J. |
| Russo, Jennifer | Spencer, Venus | Walbrecht, Bette |
| Sauceda, Martha | Strain, Elizabeth | Wanless, Christine |
| Schadel, Theresa | Tavener, Thea | Watkins, Kathleen |
| Scott, Carol | Terrell, Nancy | Weicher, Lisa |
| Scott, Lashaurn | Terry, Deborah | White, Carolyn |
| Seaber, Karen | Thomason, Elaine | White, Charlene |
| Shapiro, Jackie | Tiede, Deborah | Wiatrak, Urszula |
| Shook, Rose Marie | Tsuchiya, Laurie | Wise, Michelle |
| Sibley, Karen | Turner, Doris | Withall, Virginia |
| Sich, Karolyn Kim | Unatin, Eileen | Young, Tracey |
| Sims, Vulynda | Upshur, Ina | Zachary, Erin |
| Smith, Dipresious | Vassell, Hermine | |

## **ORDER GRANTING MOTION**

*IT IS HEREBY ORDERED* that W. Mark Lanier's motion for admission *pro hac vice* is granted.