## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 11 |
| **IMERYS TALC AMERICA, INC.,** *et al.*[1] | Civ. Action No. 19-mc-00103 (MN) |
| | Bankr. Case No. 19-10289 (LSS) |
| **Debtors.** | Jointly Administered |

### SUPPLEMENTAL DECLARATION OF JOHN J. NOLAN, ESQ. IN FURTHER SUPPORT OF JOHNSON & JOHNSON'S AND JOHNSON & JOHNSON CONSUMER INC.'S MOTION TO FIX VENUE FOR CLAIMS RELATED TO IMERYS'S BANKRUPTCY UNDER 28 U.S.C. §§ 157(b)(5) AND 1334(b)

I, John J. Nolan, Esq., hereby make the following declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Weil, Gotshal & Manges LLP, co-counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "J&J") in the above-captioned case. I respectfully submit this declaration in further support of *Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Motion to Fix Venue for Claims Related to Imerys's Bankruptcy Under 28 U.S.C. §§ 157(b)(5) and 1334(b)* (the "Venue Motion")*.*

2. Except as otherwise indicated in this Declaration, the facts set forth herein are based upon my personal knowledge, my review of relevant documents, and information provided to be by employees of the Company or the Company's advisors.

3. There is complete diversity of citizenship as between plaintiffs and J&J in approximately 90% of the State Court Talc Claims.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

4.      One or more of Debtors was, or is currently, named as a co-defendant in approximately 90% of the talc-related actions against J&J.

5.      Of the approximately 2,400 actions in which Talc Claims are brought, only about nine plaintiffs allege using Johnson's Baby Powder or Shower to Shower exclusively before 1967.

6.      A significant number (over 900) of the Talc Claims (including the majority of the Talc Claims alleging mesothelioma) were filed against J&J in a state court that is not located in one or more of the respective plaintiffs' home states. For example, among the 29 plaintiffs whose ovarian cancer claims against J&J have gone to trial, only 6 did so in their home state. Several plaintiffs who have tried their mesothelioma claims have also done so in a court not located in their home state.

7.      Exhibits 1–18 attached hereto are the same documents attached to the April 18, 2019 *Declaration of John J. Nolan, Esq. in Support of Johnson & Johnson's and Johnson & Johnson Consumer Inc.'s Motion to Fix Venue for Claims Related to Imerys's Bankruptcy Under 28 U.S.C. §§ 157(b)(5) and 1334(b)*, [D.I. 4] (the "April 18 Nolan Declaration"), with the exception of Exhibits 2–8 and Exhibit 17.

8.      The April 18 Nolan Declaration attached excerpts of Exhibit 2–8 and 17. Upon request from the Official Committee of Tort Claimants, J&J provided full versions of these documents on May 2, 2019. Those full versions replace what was attached to the April 18 Nolan Declaration as Exhibits 2–8 and 17.

9.      Exhibits 19–27 are attached hereto in further support of the Venue Motion.

10.     No exhibit is assigned number 28 through 99.

11.     Exhibits 100–536 are filed under seal and deemed confidential pursuant to Rule 26.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware. Until a proper confidentiality order is in effect, disclosure shall be limited to members and employees of the firm of trial counsel who have entered an appearance and, where appropriate, have been admitted *pro hac vice*. Such persons are under an obligation to keep such documents confidential and to use them only for purposes of litigating the case.

12.     Any party who wishes to receive paper copies of Exhibits 100–536 may request such copies by emailing VenueMotion@epiqglobal.com.

13.     Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of the Declaration of Alexandra Picard, Chief Financial Officer of the Debtors in Support of Chapter 11 Petitions and First Day Pleadings, dated February 13, 2019, publicly available at *In re Imerys Talc America, Inc.*, Case No. 19-10289-LSS (Bankr. D. Del.) [D.I. 10].

14.     Attached hereto as **<u>Exhibit 2</u>** is a true and correct copy of the Talc Supply Agreement between Windsor Minerals Inc. and Johnson & Johnson Baby Products Company, a division of Johnson & Johnson Consumer Products, Inc., dated January 6, 1989, obtained from the records of Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "J&J").

15.     Attached hereto as **<u>Exhibit 3</u>** is a true and correct copy of the Supply Agreement between Johnson & Johnson Consumer Companies, Inc. and Luzenac America, Inc., dated April 15, 2001, obtained from J&J's records.

16.     Attached hereto as **<u>Exhibit 4</u>** is a true and correct copy of the Material Purchase Agreement between Johnson & Johnson Consumer Companies, Inc. and Luzenac America, Inc., dated for term of year ending 2011 (superseded by Exhibit 5), obtained from J&J's records.

17.     Attached hereto as **Exhibit 5** is a true and correct copy of the Material Purchase Agreement between Johnson & Johnson Consumer Companies, Inc. and Luzenac America, Inc., dated for term of year ending 2011, obtained from J&J's records.

18.     Attached hereto as **Exhibit 6** is a true and correct copy of the Amendment to Supply Agreement between Johnson & Johnson Consumer Companies, Inc. and Luzenac America, Inc., dated April 1, 2004, obtained from J&J's records.

19.     Attached hereto as **Exhibit 7** is a true and correct copy of the Stock Purchase Agreement between Cyprus Mines Corporation and Johnson & Johnson, dated January 6, 1989, obtained from J&J's records.

20.     Attached hereto as **Exhibit 8** is a true and correct copy of Johnson & Johnson Consumer Inc. and Johnson & Johnson's January 2019 Amended Supplemental Responses to Plaintiffs' Supplemental Interrogatories and Initial Requests for Production of Documents obtained from J&J's records.

21.     Attached hereto as **Exhibit 9** is a true and correct copy of the Consent, Assignment, and Assumption Agreement between Cyprus Windsor Minerals Corporation and Johnson & Johnson Baby Products Company, effective as of June 29, 1992, obtained from J&J's records.

22.     Attached hereto as **Exhibit 10** is a true and correct copy of the Amendment Agreement between Johnson & Johnson Consumer Products, Inc., and RTZ America, Inc., dated December 31, 1996, obtained from J&J's records.

23.     Attached hereto as **Exhibit 11** is a true and correct copy of a letter from Richard J. Meli to Karen A. Pfirman, dated June 15, 2000, obtained from J&J's records.

24.     Attached hereto as **Exhibit 12** is a true and correct copy of the Indemnification Demand Notice for Ovarian Cancer Lawsuits Letter from Imerys Talc America, Inc. to J&J Baby Products Company, dated June 23, 2015, obtained from J&J's records.

25.     Attached hereto as **Exhibit 13** is a true and correct copy of The Proposed Future Claimants' Representative's Motion to Intervene, dated March 29, 2019, publicly available at *In re Imerys Talc America, Inc. (Imerys Talc America, Inc., et al. v. Cyprus Amax Minerals Company)*, Adv. Pro. No. 19-50115 (LSS) (Bankr. D. Del.) [D.I. 25].

26.     Attached hereto as **Exhibit 14** is a true and correct copy of the Transcript of Hearing Before Honorable Brendan L. Shannon United States Bankruptcy Judge, dated August 16, 2017, publicly available at *In re TK Holdings, Inc. (TK Holdings, Inc. v. State of Hawaii)*, Adv. Pro. No. 17-50880 (Bankr. D. Del.) [D.I. 64-3].

27.     Attached hereto as **Exhibit 15** is a true and correct copy of the Memorandum Order issued by United States District Judge Joseph Farnan, dated May 22, 2006, publicly available at *Hopkins, et al., v. Plant Insulation Company*, *et al.*, Civil Action No. 06-cv-00298-JJF (D. Del.) [D.I. 21].

28.     Attached hereto as **Exhibit 16** is a true and correct copy of the primary products liability policy for the period January 1, 1973 to January 1, 1974, issued by the Aetna Casualty and Surety Company, obtained from J&J's records.

29.     Attached hereto as **Exhibit 17** is a true and correct copy of a February 2, 2016 letter from David B. Smith, an Insurance and Risk Management Consultant at Farella Braun and Martel LLP, to Claims Adjusters regarding Named Insured: Johnson & Johnson, obtained from J&J's records.

30.     Attached hereto as **<u>Exhibit 18</u>** is a true and correct copy of a September 13, 2017 letter from Scott Erikson, a Director of the Specialty Liability Group of Travelers Casualty and Surety Company, to Zsofia Porter, obtained from J&J's records.

31.     Attached hereto as **<u>Exhibit 19</u>** is a true and correct copy of Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Responses to Plaintiff's First Set of Interrogatories in the *Colleen Cadagin v. Johnson & Johnson, et al.* matter.

32.     Attached hereto as **<u>Exhibit 20</u>** is a true and correct copy of the Affidavit of Roger N. Miller in the *David Howard Westfall v. Whittaker, Clark & Daniels, et al.* matter.

33.     Attached hereto as **<u>Exhibit 21</u>** is a true and correct copy of the Agreement of Transfer and Assumption between Cyprus Talc Corporation and Cyprus Mines Corporation, dated June 5, 1992.

34.     Attached hereto as **<u>Exhibit 22</u>** is a true and correct copy of the Stock Purchase Agreement between Cyprus Mines Corporation and RTZ America Inc., dated June 5, 1992.

35.     Attached hereto as **<u>Exhibit 23</u>** is a true and correct copy of the Johnson & Johnson's Material Specification re Windsor 66 Talc, dated August 12, 1977.

36.     Attached hereto as **<u>Exhibit 24</u>** is a true and correct copy of the letter from Thomas Ladd to Angela Elbert re *In re Imerys Talc America, Inc., et al.* matter.

37.     Attached hereto as **<u>Exhibit 25</u>** is a true and correct copy of the Preliminary Writ of Prohibition in the *Vickie Forrest, et al. v. Johnson & Johnson, et al.* matter.

38.     Attached hereto as **<u>Exhibit 26</u>** is a true and correct copy of Plaintiff's Motion for a New Trial in the *Ricardo Rimondi v. BASF Catalysts LLC, et al.* matter.

39.     Attached hereto as **Exhibit 27** is a true and correct copy of a table comparing cases to Talc Claims.

40.     Attached hereto as **Exhibit 100** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38AL9608-SRY, dated from Jan. 1, 1965 to Jan. 1, 1966.

41.     Attached hereto as **Exhibit 101** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38XS3SC, dated from Jan. 1, 1964 to Jan. 1, 1967.

42.     Attached hereto as **Exhibit 102** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38AL012470-SC(Y), dated from Jan. 1, 1965 to Jan. 1, 1967.

43.     Attached hereto as **Exhibit 103** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38AL12880-SR(Y), dated from Jan. 1, 1967 to Jan. 1, 1970.

44.     Attached hereto as **Exhibit 104** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38XS36SC, dated from Jan. 1, 1967 to Jan. 1, 1970

45.     Attached hereto as **Exhibit 105** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38AL138750-SR(Y), dated from Jan. 1, 1970 to Jan. 1, 1973.

46.     Attached hereto as **Exhibit 106** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38XN1SC, dated from Jan. 1, 1970 to Jan. 1, 1973.

47.     Attached hereto as **Exhibit 107** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38XS550SCA, dated from Jan. 1, 1970 to Jan. 1, 1973.

48.     Attached hereto as **Exhibit 108** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL-1386, dated from Jan. 15, 1971 to Jan. 1, 1972.

49.     Attached hereto as **Exhibit 109** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38PK04SCA(Y), dated from Jan. 1, 1973 to Jan. 1, 1974.

50.     Attached hereto as **Exhibit 110** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Co. Ltd., Policy No. MX.119, dated from Jan. 1, 1973 to Jan. 1, 1974.

51.     Attached hereto as **Exhibit 111** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38XN07SCA, dated from Jan. 1, 1973 to Jan. 1, 1974.

52.     Attached hereto as **Exhibit 112** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38XS1046, dated from Jan. 1, 1973 to Jan. 1, 1974.

53.     Attached hereto as **Exhibit 113** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC4356756, dated from Jan. 1, 1973 to March 9, 1973.

54. Attached hereto as **Exhibit 114** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0030, dated from Jan. 1, 1973 to Jan. 1, 1976.

55. Attached hereto as **Exhibit 115** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38XN9WCA, dated from Jan. 1, 1973 to Jan. 1, 1976.

56. Attached hereto as **Exhibit 116** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC4356755, dated from Jan. 1, 1973 to Jan. 1, 1976.

57. Attached hereto as **Exhibit 117** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0031, dated from Jan. 1, 1973 to Jan. 1, 1976.

58. Attached hereto as **Exhibit 118** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38 PK05SCA(Y), dated from Jan. 1, 1974 to Jan. 1, 1975.

59. Attached hereto as **Exhibit 119** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38AL232868-SRA(Y), dated from Jan. 1, 1974 to Jan. 1, 1975.

60. Attached hereto as **Exhibit 120** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. MX.157, dated from Jan. 1, 1975 to Jan. 1, 1976.

61.     Attached hereto as **Exhibit 121** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC4764031, dated from Jan. 1, 1974 to Jan. 1, 1977.

62.     Attached hereto as **Exhibit 122** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC4356756, dated from Jan. 1, 1973 to Jan. 1, 1976.

63.     Attached hereto as **Exhibit 123** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0031, dated from Jan. 1, 1973 to Jan. 1, 1976.

64.     Attached hereto as **Exhibit 124** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38XN9WCA, dated from Jan. 1, 1973 to Jan. 1, 1976.

65.     Attached hereto as **Exhibit 125** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC4356755, dated from Jan. 1, 1973 to Jan. 1, 1976.

66.     Attached hereto as **Exhibit 126** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0030, dated from Jan. 1, 1973 to Jan. 1, 1976.

67.     Attached hereto as **Exhibit 127** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN509WCA, dated from Jan. 1, 1974 to Jan. 1, 1977.

68.     Attached hereto as **Exhibit 128** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38 PK07SCA, dated from Jan. 1, 1975 to Jan. 1, 1976.

69.     Attached hereto as **Exhibit 129** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38AL236714-SRA, dated from Jan. 1, 1975 to Jan. 1, 1976.

70.     Attached hereto as **Exhibit 130** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. MX.157, dated from Jan. 1, 1975 to Jan. 1, 1976.

71.     Attached hereto as **Exhibit 131** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC4973501, dated from Jan. 1, 1975 to Jan. 1, 1976.

72.     Attached hereto as **Exhibit 132** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC4356756, dated from Jan. 1, 1973 to Jan. 1, 1976.

73.     Attached hereto as **Exhibit 133** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0031, dated from Jan. 1, 1973 to Jan. 1, 1976.

74.     Attached hereto as **Exhibit 134** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38XN9WCA, dated from Jan. 1, 1973 to Jan. 1, 1976.

75.     Attached hereto as **Exhibit 135** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC4356755, dated from Jan. 1, 1973 to Jan. 1, 1976.

76.     Attached hereto as **Exhibit 136** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0030, dated from Jan. 1, 1973 to Jan. 1, 1976.

77.     Attached hereto as **Exhibit 137** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN509WCA, dated from Jan. 1, 1974 to Jan. 1, 1977.

78.     Attached hereto as **Exhibit 138** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38 PK09SCA, dated from Jan. 1, 1976 to Jan. 1, 1977.

79.     Attached hereto as **Exhibit 139** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38AL234550-SRA, dated from Jan. 1, 1976 to Jan. 1, 1977.

80.     Attached hereto as **Exhibit 140** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34001, dated from Jan. 1, 1976 to Jan. 1, 1977.

81.     Attached hereto as **Exhibit 141** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC9208531, dated from Jan. 1, 1976 to Jan. 1, 1977.

82.     Attached hereto as **Exhibit 142** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN945WCA, dated from Jan. 1, 1976 to Jan. 1, 1977.

83.     Attached hereto as **Exhibit 143** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Central National Insurance Company of Omaha, Policy No. CZN140628, dated from Jan. 1, 1976 to Jan. 1, 1977.

84.     Attached hereto as **Exhibit 144** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Mission Insurance Company, Policy No. M831914, dated from Jan. 1, 1976 to Jan. 1, 1977.

85.     Attached hereto as **Exhibit 145** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Mutual Fire, Marine & Inland Insurance Co., Policy No. EL100011, dated from Jan. 1, 1976 to Jan. 1, 1977.

86.     Attached hereto as **Exhibit 146** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0162, dated from Jan. 1, 1976 to Jan. 1, 1977.

87.     Attached hereto as **Exhibit 147** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Insurance Company, Policy No. 63001407, dated from Jan. 1, 1976 to Jan. 1, 1977.

88.     Attached hereto as **Exhibit 148** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Reinsurance Company, Policy No. M1049624, dated from Jan. 1, 1976 to Jan. 1, 1977.

89.     Attached hereto as **Exhibit 149** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC9006974, dated from Jan. 1, 1976 to Jan. 1, 1977.

90.     Attached hereto as **Exhibit 150** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0163, dated from Jan. 1, 1976 to Jan. 1, 1977.

91.     Attached hereto as **Exhibit 151** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Fireman's Fund, Policy No. XLX-1202848, dated from Jan. 1, 1976 to Jan. 1, 1977.

92.     Attached hereto as **Exhibit 152** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC9006975, dated from Jan. 1, 1976 to Jan. 1, 1977.

93.     Attached hereto as **Exhibit 153** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL145822, dated from Jan. 1, 1976 to Jan. 1, 1977.

94.     Attached hereto as **Exhibit 154** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0176, dated from Jan. 1, 1976 to Jan. 1, 1977.

95.     Attached hereto as **Exhibit 155** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Prudential Reinsurance Company, Policy No. DXC901038, dated from Jan. 1, 1976 to Jan. 1, 1977.

96.     Attached hereto as **Exhibit 156** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN509WCA, dated from Jan. 1, 1974 to Jan. 1, 1977.

97.     Attached hereto as **Exhibit 157** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38PK11SCA, dated from Jan. 1, 1977 to Jan. 1, 1978.

98.     Attached hereto as **Exhibit 158** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34001, dated from Jan. 1, 1980 to Jan. 1, 1981.

99.     Attached hereto as **Exhibit 159** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34003, dated from Jan. 1, 1977 to Jan. 1, 1980.

100.    Attached hereto as **Exhibit 160** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0275, dated from Jan. 1, 1977 to Jan. 1, 1978.

101.    Attached hereto as **Exhibit 161** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0276, dated from Jan. 1, 1977 to Jan. 1, 1980.

102.    Attached hereto as **Exhibit 162** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN1209WCA, dated from Jan. 1, 1977 to Jan. 1, 1978.

103.     Attached hereto as **Exhibit 163** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Central National Insurance Company of Omaha, Policy No. CNZ14-07-48, dated from Jan. 1, 1977 to Jan. 1, 1978.

104.     Attached hereto as **Exhibit 164** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC9328848, dated from Jan. 1, 1977 to Jan. 1, 1978.

105.     Attached hereto as **Exhibit 165** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Mutual Fire, Marine & Inland Insurance Company, Policy No. EL100193, dated from Jan. 1, 1977 to Jan. 1, 1978.

106.     Attached hereto as **Exhibit 166** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0277, dated from Jan. 1, 1977 to Jan. 1, 1978.

107.     Attached hereto as **Exhibit 167** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN1211WCA, dated from Jan. 1, 1977 to Jan. 1, 1978.

108.     Attached hereto as **Exhibit 168** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Drake Insurance Company of New York, Policy No. XL01437, dated from Jan. 1, 1977 to Jan. 1, 1978.

109.     Attached hereto as **Exhibit 169** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 924197, dated from Jan. 1, 1977 to Jan. 1, 1978.

110.     Attached hereto as **Exhibit 170** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0278, dated from Jan. 1, 1977 to Jan. 1, 1978.

111.     Attached hereto as **Exhibit 171** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Prudential Reinsurance Company, Policy No. DXC DX0025, dated from Jan. 1, 1977 to Jan. 1, 1978.

112.     Attached hereto as **Exhibit 172** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Seguros La Republica SA, Policy No. XL01-0056, dated from Jan. 1, 1977 to Jan. 1, 1978.

113.     Attached hereto as **Exhibit 173** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Affiliated FM Insurance Company, Policy No. XL96447, dated from Jan. 1, 1977 to Jan. 1, 1978.

114.     Attached hereto as **Exhibit 174** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Central National Insurance Company of Omaha, Policy No. CNZ14-07-46, dated from Jan. 1, 1977 to Jan. 1, 1978.

115.     Attached hereto as **Exhibit 175** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Fireman's Fund, Policy No. XLX-1267173, dated from Jan. 1, 1977 to Jan. 1, 1978.

116.     Attached hereto as **Exhibit 176** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 924214, dated from Jan. 1, 1977 to Jan. 1, 1978.

117.     Attached hereto as **Exhibit 177** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 80-94068, dated from Jan. 1, 1977 to Jan. 1, 1978.

118.     Attached hereto as **Exhibit 178** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Corporation of Singapore Limited, dated from Jan. 1, 1977 to Jan. 1, 1978.

119.     Attached hereto as **Exhibit 179** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34004, dated from Jan. 1, 1977 to Jan. 1, 1978.

120.     Attached hereto as **Exhibit 180** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Insurance Company, Policy No. 63003476, dated from Jan. 1, 1977 to Jan. 1, 1978.

121.     Attached hereto as **Exhibit 181** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Prudential Reinsurance Company, Policy No. DXC DX0026, dated from Jan. 1, 1977 to Jan. 1, 1978.

122.     Attached hereto as **Exhibit 182** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Republic Western Insurance Company, Policy No. R10-002, dated from Jan. 1, 1977 to Jan. 1, 1978.

123.     Attached hereto as **Exhibit 183** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royal Belge I.R., S.A., d'Assurances, Policy No. 7335660, dated from Jan. 1, 1977 to Jan. 1, 1978.

124.    Attached hereto as **Exhibit 184** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN1213WCA, dated from Jan. 1, 1977 to Jan. 1, 1978.

125.    Attached hereto as **Exhibit 185** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC9328813, dated from Jan. 1, 1977 to Jan. 1, 1978.

126.    Attached hereto as **Exhibit 186** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38PK13SCA, dated from Jan. 1, 1978 to Jan. 1, 1979.

127.    Attached hereto as **Exhibit 187** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34001, dated from Jan. 1, 1979 to Jan. 1, 1980.

128.    Attached hereto as **Exhibit 188** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34003, dated from Jan. 1, 1977 to Jan. 1, 1980.

129.    Attached hereto as **Exhibit 189** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0276, dated from Jan. 1, 1977 to Jan. 1, 1980.

130.    Attached hereto as **Exhibit 190** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0453, dated from Jan. 1, 1978 to Jan. 1, 1979.

131.     Attached hereto as **Exhibit 191** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with City Insurance Company, Policy No. HEC9693745, dated from Jan. 1, 1978 to Jan. 1, 1979.

132.     Attached hereto as **Exhibit 192** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34005, dated from Jan. 1, 1978 to Jan. 1, 1979.

133.     Attached hereto as **Exhibit 193** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0454, dated from Jan. 1, 1978 to Jan. 1, 1979.

134.     Attached hereto as **Exhibit 194** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Southern American Insurance Company, Policy No. 04-066XX 800020, dated from Jan. 1, 1978 to Jan. 1, 1979.

135.     Attached hereto as **Exhibit 195** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN1598WCA, dated from Jan. 1, 1978 to Jan. 1, 1979.

136.     Attached hereto as **Exhibit 196** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 925944, dated from Jan. 1, 1978 to Jan. 1, 1979.

137.     Attached hereto as **Exhibit 197** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34006, dated from Jan. 1, 1978 to Jan. 1, 1979.

138.    Attached hereto as **Exhibit 198** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL148398, dated from Jan. 1, 1978 to Jan. 1, 1979.

139.    Attached hereto as **Exhibit 199** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0455, dated from Jan. 1, 1978 to Jan. 1, 1979.

140.    Attached hereto as **Exhibit 200** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northeastern Fire Insurance Company, Policy No. 0691, dated from Jan. 1, 1978 to Jan. 1, 1979.

141.    Attached hereto as **Exhibit 201** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Corporation of Singapore Limited, dated from Jan. 1, 1978 to Jan. 1, 1979.

142.    Attached hereto as **Exhibit 202** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with AIU Insurance Company, Policy No. 75100006, dated from Jan. 1, 1978 to Jan. 1, 1979.

143.    Attached hereto as **Exhibit 203** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Colonia Versicherungs AG and Eurinco Allegemerine, dated from Jan. 1, 1978 to Jan. 1, 1979.

144.    Attached hereto as **Exhibit 204** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 925945, dated from Jan. 1, 1978 to Jan. 1, 1979.

145.     Attached hereto as **Exhibit 205** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34007, dated from Jan. 1, 1978 to Jan. 1, 1979.

146.     Attached hereto as **Exhibit 206** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 1229532, dated from Jan. 1, 1978 to Jan. 1, 1979.

147.     Attached hereto as **Exhibit 207** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with New Hampshire Insurance Company, Policy No. 5178-0671, dated from Jan. 1, 1978 to Jan. 1, 1979.

148.     Attached hereto as **Exhibit 208** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0465, dated from Jan. 1, 1978 to Jan. 1, 1979.

149.     Attached hereto as **Exhibit 209** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Insurance Company, Policy No. 63004938, dated from Jan. 1, 1978 to Jan. 1, 1979.

150.     Attached hereto as **Exhibit 210** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Republic Western Insurance Company, Policy No. R10-005, dated from Jan. 1, 1978 to Jan. 1, 1979.

151.     Attached hereto as **Exhibit 211** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royal Belge I.R. S.A. d'Assurance – N.V. Rotterdamse Assurantiekas, Policy No. 7339178, dated from Jan. 1, 1978 to Jan. 1, 1979.

152.     Attached hereto as **Exhibit 212** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0276, dated from Jan. 1, 1978 to Jan. 1, 1979.

153.     Attached hereto as **Exhibit 213** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN1577WCA, dated from Jan. 1, 1978 to Jan. 1, 1979.

154.     Attached hereto as **Exhibit 214** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Affiliated FM Insurance Company, Policy No. XL97780, dated from Jan. 1, 1978 to Jan. 1, 1979.

155.     Attached hereto as **Exhibit 215** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with City Insurance Company, Policy No. HEC9693753, dated from Jan. 1, 1978 to Jan. 1, 1979.

156.     Attached hereto as **Exhibit 216** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL148397, dated from Jan. 1, 1978 to Jan. 1, 1979.

157.     Attached hereto as **Exhibit 217** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with N.V. Rotterdamse Assurantiekas and A.G. Securitas, Policy No. 7339186, dated from Jan. 1, 1978 to Jan. 1, 1979.

158.     Attached hereto as **Exhibit 218** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Integrity Insurance Company, Policy No. XL200216, dated from Jan. 1, 1978 to Jan. 1, 1979.

159. Attached hereto as **Exhibit 219** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Prudential Reinsurance Company, Policy No. DXCDX0708, dated from Jan. 1, 1978 to Jan. 1, 1979.

160. Attached hereto as **Exhibit 220** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38PK15SCA, dated from Jan. 1, 1979 to Jan. 1, 1980.

161. Attached hereto as **Exhibit 221** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34001, dated from Jan. 1, 1980 to Jan. 1, 1981.

162. Attached hereto as **Exhibit 222** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34003, dated from Jan. 1, 1977 to Jan. 1, 1980.

163. Attached hereto as **Exhibit 223** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0276, dated from Jan. 1, 1977 to Jan. 1, 1980.

164. Attached hereto as **Exhibit 224** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0625, dated from Jan. 1, 1979 to Jan. 1, 1980.

165. Attached hereto as **Exhibit 225** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with City Insurance Company, Policy No. HEC9693745, dated from Jan. 1, 1978 to Jan. 1, 1979.

166.    Attached hereto as **Exhibit 226** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34005, dated from Jan. 1, 1978 to Jan. 1, 1979.

167.    Attached hereto as **Exhibit 227** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0626, dated from Jan. 1, 1979 to Jan. 1, 1980.

168.    Attached hereto as **Exhibit 228** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with South American Insurance Company, Policy No. 04-006XX 800120, dated from Jan. 1, 1979 to Jan. 1, 1980.

169.    Attached hereto as **Exhibit 229** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2001WCA, dated from Jan. 1, 1979 to Jan. 1, 1980.

170.    Attached hereto as **Exhibit 230** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-OO 03-79, dated from Jan. 1, 1979 to Jan. 1, 1980.

171.    Attached hereto as **Exhibit 231** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 927460, dated from Jan. 1, 1979 to Jan. 1, 1980.

172.    Attached hereto as **Exhibit 232** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34006, dated from Jan. 1, 1978 to Jan. 1, 1979.

173.     Attached hereto as **Exhibit 233** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL160202, dated from Jan. 1, 1979 to Jan. 1, 1980.

174.     Attached hereto as **Exhibit 234** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northeastern Fire Insurance Company, Policy No. 1535, dated from Jan. 1, 1979 to Jan. 1, 1980.

175.     Attached hereto as **Exhibit 235** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with AIU Insurance Company, Policy No. 75101004, dated from Jan. 1, 1979 to Jan. 1, 1980.

176.     Attached hereto as **Exhibit 236** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Birmingham Fire Insurance Company, Policy No. SE6073435, dated from Jan. 1, 1979 to Jan. 1, 1980.

177.     Attached hereto as **Exhibit 237** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Eurinco Allegemerine, dated from Jan. 1, 1979 to Jan. 1, 1980.

178.     Attached hereto as **Exhibit 238** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 927459, dated from Jan. 1, 1979 to Jan. 1, 1980.

179.     Attached hereto as **Exhibit 239** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Co., Policy No. 6179-0868, dated from Jan. 1, 1979 to Jan. 1, 1980.

180.    Attached hereto as **Exhibit 240** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34007, dated from Jan. 1, 1979 to Jan. 1, 1980.

181.    Attached hereto as **Exhibit 241** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 1232973, dated from Jan. 1, 1979 to Jan. 1, 1980.

182.    Attached hereto as **Exhibit 242** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0628, dated from Jan. 1, 1979 to Jan. 1, 1980.

183.    Attached hereto as **Exhibit 243** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Insurance Company, Policy No. 63005182, dated from Jan. 1, 1979 to Jan. 1, 1980.

184.    Attached hereto as **Exhibit 244** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royal Belge I.R. S.A. d'Assurance – N.V. Rotterdamse Assurantiekas, Policy No. 7344546, dated from Jan. 1, 1979 to Jan. 1, 1980.

185.    Attached hereto as **Exhibit 245** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2002WCA, dated from Jan. 1, 1979 to Jan. 1, 1980.

186.    Attached hereto as **Exhibit 246** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Affiliated FM Insurance Company, Policy No. XL98363, dated from Jan. 1, 1979 to Jan. 1, 1980.

187.    Attached hereto as **Exhibit 247** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with City Insurance Company, Policy No. HEC9693753, dated from Jan. 1, 1979 to Jan. 1, 1980.

188.    Attached hereto as **Exhibit 248** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Integrity Insurance Company, Policy No. XL200603, dated from Jan. 1, 1979 to Jan. 1, 1980.

189.    Attached hereto as **Exhibit 249** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with N.V. Rotterdamse Assurantiekas, Policy No. 7344554, dated from Jan. 1, 1979 to Jan. 1, 1980.

190.    Attached hereto as **Exhibit 250** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Union Indemnity Insurance Company of New York, Policy No. UF1100049, dated from Jan. 1, 1979 to Jan. 1, 1980.

191.    Attached hereto as **Exhibit 251** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Integrity Insurance Company, Policy No. XL200662, dated from Jan. 1, 1979 to Jan. 1, 1980.

192.    Attached hereto as **Exhibit 252** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy XL160203, dated from Jan. 1, 1979 to Jan. 1, 1980.

193.    Attached hereto as **Exhibit 253** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Prudential Reinsurance Company, Policy No. DXCDX1226, dated from Jan. 1, 1979 to Jan. 1, 1980.

194.     Attached hereto as **Exhibit 254** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Employers Mutual Casualty Company, Policy No. MMO70634, dated from Jan. 1, 1979 to Jan. 1, 1980.

195.     Attached hereto as **Exhibit 255** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2003WCA, dated from Jan. 1, 1979 to Jan. 1, 1980.

196.     Attached hereto as **Exhibit 256** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-03-79, dated from Jan. 1, 1979 to Jan. 1, 1980.

197.     Attached hereto as **Exhibit 257** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with City Insurance Company, Policy No. HEC9825773, dated from Jan. 1, 1979 to Jan. 1, 1980.

198.     Attached hereto as **Exhibit 258** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Prudential Reinsurance Company, Policy No. DXCDX1227, dated from Jan. 1, 1979 to Jan. 1, 1980.

199.     Attached hereto as **Exhibit 259** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Union Indemnity Insurance Company of New York, Policy No. UF1100088, dated from Jan. 1, 1979 to Jan. 1, 1980.

200.     Attached hereto as **Exhibit 260** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Birmingham Fire Insurance Company, Policy No. 60073443, dated from Jan. 1, 1979 to Jan. 1, 1980.

201.    Attached hereto as **Exhibit 261** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 61791003, dated from Jan. 1, 1979 to Jan. 1, 1980.

202.    Attached hereto as **Exhibit 262** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with L'Union Atlantique S.A. d'Assurances – Royal Belge I.R. S.A. d'Assurances, Policy No. 7345658, dated from Jan. 1, 1979 to Jan. 1, 1980.

203.    Attached hereto as **Exhibit 263** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU955064, dated from Jan. 1, 1979 to Jan. 1, 1980.

204.    Attached hereto as **Exhibit 264** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 38PK17SCA, dated from Jan. 1, 1980 to Jan. 1, 1981.

205.    Attached hereto as **Exhibit 265** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34001, dated from Jan. 1, 1980 to Jan. 1, 1981.

206.    Attached hereto as **Exhibit 266** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34003, dated from Jan. 1, 1977 to Jan. 1, 1980.

207.    Attached hereto as **Exhibit 267** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0802, dated from Jan. 1, 1980 to Jan. 1, 1983.

208.     Attached hereto as **Exhibit 268** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34005, dated from Jan. 1, 1978 to Jan. 1, 1979.

209.     Attached hereto as **Exhibit 269** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0803, dated from Jan. 1, 1980 to Jan. 1, 1983.

210.     Attached hereto as **Exhibit 270** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2476WCA, dated from Jan. 1, 1980 to Jan. 1, 1981.

211.     Attached hereto as **Exhibit 271** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-11-98, dated from Jan. 1, 1980 to Jan. 1, 1991.

212.     Attached hereto as **Exhibit 272** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 929233, dated from Jan. 1, 1980 to Jan. 1, 1981.

213.     Attached hereto as **Exhibit 273** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34006, dated from Jan. 1, 1980 to Jan. 1, 1981.

214.     Attached hereto as **Exhibit 274** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0804, dated from Jan. 1, 1980 to Jan. 1, 1981.

215.     Attached hereto as **Exhibit 275** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with AIU Insurance Company, Policy No. 75101768, dated from Jan. 1, 1980 to Jan. 1, 1981.

216.     Attached hereto as **Exhibit 276** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. SE6073583, dated from Jan. 1, 1980 to Jan. 1, 1981.

217.     Attached hereto as **Exhibit 277** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 929234, dated from Jan. 1, 1980 to Jan. 1, 1981.

218.     Attached hereto as **Exhibit 278** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6180-1791, dated from Jan. 1, 1980 to Jan. 1, 1981.

219.     Attached hereto as **Exhibit 279** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company, Policy No. 1224799, dated from Jan. 1, 1980 to Jan. 1, 1981.

220.     Attached hereto as **Exhibit 280** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0805, dated from Jan. 1, 1980 to Jan. 1, 1981.

221.     Attached hereto as **Exhibit 281** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Excess and Surplus Insurance Company, Policy No. 63006348, dated from Jan. 1, 1980 to Jan. 1, 1981.

222. Attached hereto as **Exhibit 282** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royal Belge I.R. S.A. d'Assurances, Policy No. 7357656, dated from Jan. 1, 1980 to Jan. 1, 1981.

223. Attached hereto as **Exhibit 283** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royal Belge I.R. S.A. d'Assurance – N.V. Rotterdamse Assurantiekas, Policy No. 7352670, dated from Jan. 1, 1980 to Jan. 1, 1981.

224. Attached hereto as **Exhibit 284** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU955-424, dated from Jan. 1, 1980 to Jan. 1, 1981.

225. Attached hereto as **Exhibit 285** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2478WCA, dated from Jan. 1, 1980 to Jan. 1, 1981.

226. Attached hereto as **Exhibit 286** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-11-99, dated from Jan. 1, 1980 to Jan. 1, 1981.

227. Attached hereto as **Exhibit 287** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with City Insurance Company, Policy No. HEC9826369, dated from Jan. 1, 1980 to Jan. 1, 1981.

228. Attached hereto as **Exhibit 288** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with N.V. Rotterdamse Assurantiekas – Union Atlantique d'Assurances S.A., Policy No. 7352689, dated from Jan. 1, 1980 to Jan. 1, 1981.

229.     Attached hereto as **Exhibit 289** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2480WCA, dated from Jan. 1, 1980 to Jan. 1, 1981.

230.     Attached hereto as **Exhibit 290** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-12-00, dated from Jan. 1, 1980 to Jan. 1, 1981.

231.     Attached hereto as **Exhibit 291** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Birmingham Fire Insurance, Policy No. SE6073584, dated from Jan. 1, 1980 to Jan. 1, 1981.

232.     Attached hereto as **Exhibit 292** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with City Insurance Company, Policy No. HEC92826370, dated from Jan. 1, 1980 to Jan. 1, 1981.

233.     Attached hereto as **Exhibit 293** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Employers Mutual Casualty Company, Policy No. MMO-71147, dated from Jan. 1, 1980 to Jan. 1, 1981.

234.     Attached hereto as **Exhibit 294** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Integrity Insurance Company, Policy No. XL201442, dated from Jan. 1, 1980 to Jan. 1, 1981.

235.     Attached hereto as **Exhibit 295** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL706594, dated from Jan. 1, 1980 to Jan. 1, 1981.

236.     Attached hereto as **Exhibit 296** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU955-425, dated from Jan. 1, 1980 to Jan. 1, 1981.

237.     Attached hereto as **Exhibit 297** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Union Indemnity Insurance Company of New York, Policy No. UF1100178, dated from Jan. 1, 1980 to Jan. 1, 1981.

238.     Attached hereto as **Exhibit 298** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2482WCA, dated from Jan. 1, 1980 to Jan. 1, 1981.

239.     Attached hereto as **Exhibit 299** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with City Insurance Company, Policy No. HEC9826371, dated from Jan. 1, 1980 to Jan. 1, 1981.

240.     Attached hereto as **Exhibit 300** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5520275, dated from Jan. 1, 1980 to Jan. 1, 1981.

241.     Attached hereto as **Exhibit 301** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34010, dated from Jan. 1, 1980 to Jan. 1, 1981.

242.     Attached hereto as **Exhibit 302** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. 5200214805, dated from Jan. 1, 1980 to Jan. 1, 1981.

243. Attached hereto as **Exhibit 303** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Excess and Surplus Insurance Company, Policy No. 63006349, dated from Jan. 1, 1980 to Jan. 1, 1981.

244. Attached hereto as **Exhibit 304** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU955-426, dated from Jan. 1, 1980 to Jan. 1, 1981.

245. Attached hereto as **Exhibit 305** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Motorists Insurance Company, Policy No. 1YM578951A, dated from Jan. 1, 1981 to Jan. 1, 1982.

246. Attached hereto as **Exhibit 306** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34001, dated from Jan. 1, 1981 to Jan. 1, 1982.

247. Attached hereto as **Exhibit 307** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34003, dated from Jan. 1, 1977 to Jan. 1, 1980.

248. Attached hereto as **Exhibit 308** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0802, dated from Jan. 1, 1980 to Jan. 1, 1983.

249. Attached hereto as **Exhibit 309** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34005, dated from Jan. 1, 1978 to Jan. 1, 1979.

250.    Attached hereto as **Exhibit 310** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0803, dated from Jan. 1, 1980 to Jan. 1, 1983.

251.    Attached hereto as **Exhibit 311** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-13-74, dated from Jan. 1, 1981 to Jan. 1, 1982.

252.    Attached hereto as **Exhibit 312** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 930326, dated from Jan. 1, 1981 to Jan. 1, 1982.

253.    Attached hereto as **Exhibit 313** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6481-5094, dated from Jan. 1, 1981 to Jan. 1, 1982.

254.    Attached hereto as **Exhibit 314** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34006, dated from Jan. 1, 1981 to Jan. 1, 1982.

255.    Attached hereto as **Exhibit 315** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0967, dated from Jan. 1, 1981 to Jan. 1, 1982.

256.    Attached hereto as **Exhibit 316** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2836WCA, dated from Jan. 1, 1981 to Jan. 1, 1982.

257.     Attached hereto as **Exhibit 317** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with AIU Insurance Company, Policy No. 75-102009, dated from Jan. 1, 1981 to Jan. 1, 1982.

258.     Attached hereto as **Exhibit 318** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Birmingham Fire Insurance Company, Policy No. SE6073751, dated from Jan. 1, 1981 to Jan. 1, 1982.

259.     Attached hereto as **Exhibit 319** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 930827, dated from Jan. 1, 1981 to Jan. 1, 1982.

260.     Attached hereto as **Exhibit 320** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6481-5095, dated from Jan. 1, 1981 to Jan. 1, 1982.

261.     Attached hereto as **Exhibit 321** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 9910519, dated from Jan. 1, 1981 to Jan. 1, 1982.

262.     Attached hereto as **Exhibit 322** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU0968, dated from Jan. 1, 1981 to Jan. 1, 1982.

263.     Attached hereto as **Exhibit 323** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Excess and Surplus Insurance Company, Policy No. 63007515, dated from Jan. 1, 1981 to Jan. 1, 1982.

264.     Attached hereto as **Exhibit 324** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royale Belge I.R. S.A. d'Assurances, Policy No. 7357656, dated from Jan. 1, 1981 to Jan. 1, 1982.

265.     Attached hereto as **Exhibit 325** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU955774, dated from Jan. 1, 1981 to Jan. 1, 1982.

266.     Attached hereto as **Exhibit 326** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2838WCA, dated from Jan. 1, 1981 to Jan. 1, 1982.

267.     Attached hereto as **Exhibit 327** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-13-75, dated from Jan. 1, 1981 to Jan. 1, 1982.

268.     Attached hereto as **Exhibit 328** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC1203476, dated from Jan. 1, 1981 to Jan. 1, 1982.

269.     Attached hereto as **Exhibit 329** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royale Belge I.R. S.A. d'Assurances, Policy No. 7357664, dated from Jan. 1, 1981 to Jan. 1, 1982.

270.     Attached hereto as **Exhibit 330** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2840WCA, dated from Jan. 1, 1981 to Jan. 1, 1982.

271.     Attached hereto as **Exhibit 331** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-13-76, dated from Jan. 1, 1981 to Jan. 1, 1982.

272.     Attached hereto as **Exhibit 332** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Birmingham Fire Insurance Company, Policy No. SE6073752, dated from Jan. 1, 1981 to Jan. 1, 1982.

273.     Attached hereto as **Exhibit 333** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6481-5096, dated from Jan. 1, 1981 to Jan. 1, 1982.

274.     Attached hereto as **Exhibit 334** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC1203477, dated from Jan. 1, 1981 to Jan. 1, 1982.

275.     Attached hereto as **Exhibit 335** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Integrity Insurance Company, Policy No. XL202013, dated from Jan. 1, 1981 to Jan. 1, 1982.

276.     Attached hereto as **Exhibit 336** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL723765, dated from Jan. 1, 1981 to Jan. 1, 1982.

277.     Attached hereto as **Exhibit 337** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU955775, dated from Jan. 1, 1981 to Jan. 1, 1982.

278.    Attached hereto as **Exhibit 338** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Union Indemnity Insurance Company of New York, Policy No. UF1100310, dated from Jan. 1, 1981 to Jan. 1, 1982.

279.    Attached hereto as **Exhibit 339** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2842WCA, dated from Jan. 1, 1981 to Jan. 1, 1982.

280.    Attached hereto as **Exhibit 340** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC1203478, dated from Jan. 1, 1981 to Jan. 1, 1982.

281.    Attached hereto as **Exhibit 341** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5522127, dated from Jan. 1, 1981 to Jan. 1, 1982.

282.    Attached hereto as **Exhibit 342** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34010, dated from Jan. 1, 1981 to Jan. 1, 1982.

283.    Attached hereto as **Exhibit 343** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. 5220271809, dated from Jan. 1, 1981 to Jan. 1, 1982.

284.    Attached hereto as **Exhibit 344** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Excess and Surplus Insurance Company, Policy No. 63007516, dated from Jan. 1, 1981 to Jan. 1, 1982.

285.    Attached hereto as **Exhibit 345** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU955776, dated from Jan. 1, 1981 to Jan. 1, 1982.

286.    Attached hereto as **Exhibit 346** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN2844WCA, dated from Jan. 1, 1981 to Jan. 1, 1982.

287.    Attached hereto as **Exhibit 347** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Gibraltar Casualty Company, Policy No. GMX00825, dated from Jan. 1, 1981 to Jan. 1, 1982.

288.    Attached hereto as **Exhibit 348** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Great Northern Insurance, Policy No. (82)7129-89-81, dated from Jan. 1, 1981 to Jan. 1, 1982.

289.    Attached hereto as **Exhibit 349** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Home Insurance Company, Policy No. HEC1203479, dated from Jan. 1, 1981 to Jan. 1, 1982.

290.    Attached hereto as **Exhibit 350** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5522127, dated from Jan. 1, 1981 to Jan. 1, 1982.

291.    Attached hereto as **Exhibit 351** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 9910539, dated from Jan. 1, 1981 to Jan. 1, 1982.

292.     Attached hereto as **Exhibit 352** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU955777, dated from Jan. 1, 1981 to Jan. 1, 1982.

293.     Attached hereto as **Exhibit 353** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Motorists Insurance Company, Policy No. 1YM578951A, dated from Jan. 1, 1981 to Jan. 1, 1983.

294.     Attached hereto as **Exhibit 354** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34001, dated from Jan. 1, 1979 to Jan. 1, 1980.

295.     Attached hereto as **Exhibit 355** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34003, dated from Jan. 1, 1977 to Jan. 1, 1980.

296.     Attached hereto as **Exhibit 356** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU1081, dated from Jan. 1, 1983 to Jan. 1, 1984.

297.     Attached hereto as **Exhibit 357** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34005, dated from Jan. 1, 1978 to Jan. 1, 1979.

298.     Attached hereto as **Exhibit 358** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU1082, dated from Jan. 1, 1982 to Jan. 1, 1985.

299.     Attached hereto as **Exhibit 359** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU956086, dated from Jan. 1, 1982 to Jan. 1, 1985.

300.     Attached hereto as **Exhibit 360** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Wassau Insurance Companies, Policy No. 5735-00-100273, dated from Jan. 1, 1982 to Jan. 1, 1985.

301.     Attached hereto as **Exhibit 361** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN3219WCA, dated from Jan. 1, 1982 to Jan. 1, 1983.

302.     Attached hereto as **Exhibit 362** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-26-18, dated from Jan. 1, 1982 to Jan. 1, 1984.

303.     Attached hereto as **Exhibit 363** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6482-5317, dated from Jan. 1, 1982 to Jan. 1, 1983.

304.     Attached hereto as **Exhibit 364** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 9603054, dated from Jan. 1, 1982 to Jan. 1, 1983.

305.     Attached hereto as **Exhibit 365** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU1083, dated from Jan. 1, 1982 to Jan. 1, 1983.

306.     Attached hereto as **Exhibit 366** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN3220WCA, dated from Jan. 1, 1982 to Jan. 1, 1983.

307.     Attached hereto as **Exhibit 367** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 932300, dated from Jan. 1, 1982 to Jan. 1, 1983.

308.     Attached hereto as **Exhibit 368** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6482-5318, dated from Jan. 1, 1982 to Jan. 1, 1983.

309.     Attached hereto as **Exhibit 369** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Excess and Surplus Insurance Company, Policy No. 63008348, dated from Jan. 1, 1982 to Jan. 1, 1983.

310.     Attached hereto as **Exhibit 370** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN3221WCA, dated from Jan. 1, 1982 to Jan. 1, 1983.

311.     Attached hereto as **Exhibit 371** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Insurance Company, Policy No. 522-029479-5, dated from Jan. 1, 1982 to Jan. 1, 1983.

312.     Attached hereto as **Exhibit 372** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5522648, dated from Jan. 1, 1982 to Jan. 1, 1983.

313.    Attached hereto as **Exhibit 373** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL724752, dated from Jan. 1, 1982 to Jan. 1, 1983.

314.    Attached hereto as **Exhibit 374** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Excess and Surplus Insurance Company, Policy No. 63-008347, dated from Jan. 1, 1982 to Jan. 1, 1983.

315.    Attached hereto as **Exhibit 375** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU956087, dated from Jan. 1, 1982 to Jan. 1, 1983.

316.    Attached hereto as **Exhibit 376** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN3222WCA, dated from Jan. 1, 1982 to Jan. 1, 1983.

317.    Attached hereto as **Exhibit 377** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-26-54, dated from Jan. 1, 1982 to Jan. 1, 1984.

318.    Attached hereto as **Exhibit 378** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Birmingham Fire Insurance Company, Policy No. SE6073908, dated from Jan. 1, 1982 to Jan. 1, 1983.

319.    Attached hereto as **Exhibit 379** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Gibraltar Casualty Company, Policy No. GMX01456, dated from Jan. 1, 1982 to Jan. 1, 1983.

320. Attached hereto as **Exhibit 380** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6482-5562, dated from Jan. 1, 1982 to Jan. 1, 1983.

321. Attached hereto as **Exhibit 381** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Great Northern Insurance Company, Policy No. (83)71298981, dated from Jan. 1, 1982 to Jan. 1, 1983.

322. Attached hereto as **Exhibit 382** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with The Hartford, Policy No. 10XSCB6983, dated from Jan. 1, 1982 to Jan. 1, 1983.

323. Attached hereto as **Exhibit 383** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America (INA), Policy No. XCP144474, dated from Jan. 1, 1982 to Jan. 1, 1983.

324. Attached hereto as **Exhibit 384** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of the State of Pennsylvania, Policy No. UXL82-1002, dated from Jan. 1, 1982 to Jan. 1, 1983.

325. Attached hereto as **Exhibit 385** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Insurance Company, Policy No. 5220294804, dated from Jan. 1, 1982 to Jan. 1, 1983.

326. Attached hereto as **Exhibit 386** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5522648, dated from Jan. 1, 1982 to Jan. 1, 1983.

327.     Attached hereto as **Exhibit 387** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Mead Reinsurance, Policy No. XL1574, dated from Jan. 1, 1982 to Jan. 1, 1983.

328.     Attached hereto as **Exhibit 388** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL724753, dated from Jan. 1, 1982 to Jan. 1, 1983.

329.     Attached hereto as **Exhibit 389** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 9603054, dated from Jan. 1, 1982 to Jan. 1, 1983.

330.     Attached hereto as **Exhibit 390** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU955088, dated from Jan. 1, 1982 to Jan. 1, 1983.

331.     Attached hereto as **Exhibit 391** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34001, dated from Jan. 1, 1980 to Jan. 1, 1981.

332.     Attached hereto as **Exhibit 392** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34003, dated from Jan. 1, 1977 to Jan. 1, 1980.

333.     Attached hereto as **Exhibit 393** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU1081, dated from Jan. 1, 1983 to Jan. 1, 1984.

334.     Attached hereto as **Exhibit 394** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34005, dated from Jan. 1, 1978 to Jan. 1, 1979.

335.     Attached hereto as **Exhibit 395** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU1082, dated from Jan. 1, 1982 to Jan. 1, 1985.

336.     Attached hereto as **Exhibit 396** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU956086, dated from Jan. 1, 1982 to Jan. 1, 1985.

337.     Attached hereto as **Exhibit 397** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Wausau Insurance Companies, Policy No. 5735-00-100273, dated from Jan. 1, 1982 to Jan. 1, 1985.

338.     Attached hereto as **Exhibit 398** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN3538WCA, dated from Jan. 1, 1983 to Jan. 1, 1984.

339.     Attached hereto as **Exhibit 399** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-26-18, dated from Jan. 1, 1982 to Jan. 1, 1985.

340.     Attached hereto as **Exhibit 400** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6483-5520, dated from Jan. 1, 1983 to Jan. 1, 1984.

341.    Attached hereto as **Exhibit 401** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. JU1210, dated from Jan. 1, 1983 to Jan. 1, 1984.

342.    Attached hereto as **Exhibit 402** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN3539WCA, dated from Jan. 1, 1983 to Jan. 1, 1984.

343.    Attached hereto as **Exhibit 403** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 934289, dated from Jan. 1, 1983 to Jan. 1, 1984.

344.    Attached hereto as **Exhibit 404** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6483-5521, dated from Jan. 1, 1983 to Jan. 1, 1984.

345.    Attached hereto as **Exhibit 405** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Surplus Lines Insurance Company, Policy No. 5220344313, dated from Jan. 1, 1983 to Jan. 1, 1984.

346.    Attached hereto as **Exhibit 406** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU956351, dated from Jan. 1, 1983 to Jan. 1, 1984.

347.    Attached hereto as **Exhibit 407** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN3540WCA, dated from Jan. 1, 1983 to Jan. 1, 1984.

348.     Attached hereto as **Exhibit 408** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Surplus Lines Insurance Company, Policy No. 5220344277, dated from Jan. 1, 1983 to Jan. 1, 1984.

349.     Attached hereto as **Exhibit 409** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5523855, dated from Jan. 1, 1983 to Jan. 1, 1984.

350.     Attached hereto as **Exhibit 410** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL739784, dated from Jan. 1, 1983 to Jan. 1, 1984.

351.     Attached hereto as **Exhibit 411** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transit Casualty Company, Policy No. SCU956352, dated from Jan. 1, 1983 to Jan. 1, 1984.

352.     Attached hereto as **Exhibit 412** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Wausau Insurance Companies, Policy No. 5734-00-300600, dated from Jan. 1, 1983 to Jan. 1, 1984.

353.     Attached hereto as **Exhibit 413** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN3541WCA, dated from Jan. 1, 1983 to Jan. 1, 1984.

354.     Attached hereto as **Exhibit 414** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-00-26-54, dated from Jan. 1, 1982 to Jan. 1, 1984.

355.     Attached hereto as **Exhibit 415** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Birmingham Fire Insurance Company of Pennsylvania, Policy No. SE6074011, dated from Jan. 1, 1983 to Jan. 1, 1984.

356.     Attached hereto as **Exhibit 416** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6483-5522, dated from Jan. 1, 1983 to Jan. 1, 1984.

357.     Attached hereto as **Exhibit 417** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Great Northern Insurance Company, Policy No. 84-7129-89-81, dated from Jan. 1, 1983 to Jan. 1, 1984.

358.     Attached hereto as **Exhibit 418** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with The Hartford, Policy No. 10XSCB6983, dated from Jan. 1, 1983 to Jan. 1, 1984.

359.     Attached hereto as **Exhibit 419** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Ideal Mutual Insurance Company, Policy No. 0130, dated from Jan. 1, 1983 to Jan. 1, 1984.

360.     Attached hereto as **Exhibit 420** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America (INA), Policy No. XCP144999, dated from Jan. 1, 1983 to Jan. 1, 1984.

361.     Attached hereto as **Exhibit 421** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Surplus Lines Insurance Company, Policy No. 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-6, dated from Jan. 1, 1983 to Jan. 1, 1984.

362. Attached hereto as **Exhibit 422** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5523855, dated from Jan. 1, 1983 to Jan. 1, 1984.

363. Attached hereto as **Exhibit 423** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Mead Reinsurance, Policy No. XL1695, dated from Jan. 1, 1983 to Jan. 1, 1984.

364. Attached hereto as **Exhibit 424** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL739785, dated from Jan. 1, 1983 to Jan. 1, 1984.

365. Attached hereto as **Exhibit 425** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 9603373, dated from Jan. 1, 1983 to Jan. 1, 1984.

366. Attached hereto as **Exhibit 426** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with North River Insurance Company, Policy No. 5220314532, dated from Jan. 1, 1983 to Jan. 1, 1984.

367. Attached hereto as **Exhibit 427** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royal Indemnity Insurance, Policy No. ED101527, dated from Jan. 1, 1983 to Jan. 1, 1984.

368. Attached hereto as **Exhibit 428** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Wausau Insurance Companies, Policy No. 5734-00-300601, dated from Jan. 1, 1983 to Jan. 1, 1984.

369.	Attached hereto as **Exhibit 429** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with AIU Insurance Company, Policy No. 75-102237, dated from Jan. 1, 1983 to Jan. 1, 1984.

370.	Attached hereto as **Exhibit 430** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Birmingham Fire Insurance Company of Pennsylvania, Policy No. SE6074012, dated from Jan. 1, 1983 to Jan. 1, 1984.

371.	Attached hereto as **Exhibit 431** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with First State Insurance Company, Policy No. 934290, dated from Jan. 1, 1983 to Jan. 1, 1984.

372.	Attached hereto as **Exhibit 432** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Gibraltar Casualty Company, Policy No. GMX02007, dated from Jan. 1, 1983 to Jan. 1, 1984.

373.	Attached hereto as **Exhibit 433** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6483-5523, dated from Jan. 1, 1983 to Jan. 1, 1984.

374.	Attached hereto as **Exhibit 434** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with The Hartford, Policy No. 10XSGN4596, dated from Jan. 1, 1983 to Jan. 1, 1984.

375.	Attached hereto as **Exhibit 435** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America (INA), Policy No. XCP144999, dated from Jan. 1, 1983 to Jan. 1, 1984.

376.     Attached hereto as **Exhibit 436** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5523855, dated from Jan. 1, 1983 to Jan. 1, 1984.

377.     Attached hereto as **Exhibit 437** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with London Guarantee and Accident Company of New York, Policy No. LX1898201, dated from Jan. 1, 1983 to Jan. 1, 1984.

378.     Attached hereto as **Exhibit 438** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Mission National Insurance Company, Policy No. M887719, dated from Jan. 1, 1983 to Jan. 1, 1984.

379.     Attached hereto as **Exhibit 439** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Motorists Insurance Company, Policy No. 1YM578951-01, dated from Jan. 1, 1985 to Jan. 1, 1986.

380.     Attached hereto as **Exhibit 440** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34001, dated from Jan. 1, 1980 to Jan. 1, 1981.

381.     Attached hereto as **Exhibit 441** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6484-0068, dated from Jan. 1, 1984 to Jan. 1, 1987.

382.     Attached hereto as **Exhibit 442** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6484-5726, dated from Jan. 1, 1984 to Jan. 1, 1986.

383.    Attached hereto as **Exhibit 443** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Excess and Surplus Insurance Company, Policy No. 63-009326, dated from Jan. 1, 1984 to Jan. 1, 1985.

384.    Attached hereto as **Exhibit 444** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Transamerica Premier Insurance Company, Policy No. 1339-7727, dated from Jan. 1, 1984 to Jan. 1, 1985.

385.    Attached hereto as **Exhibit 445** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Wassau Insurance Companies, Policy No. 5735-00-100273, dated from Jan. 1, 1982 to Jan. 1, 1985.

386.    Attached hereto as **Exhibit 446** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Harbor Insurance Company, Policy No. HI178415, dated from Jan. 1, 1984 to Jan. 1, 1985.

387.    Attached hereto as **Exhibit 447** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Integrity Insurance Company, Policy No. XL208000, dated from Jan. 1, 1984 to Jan. 1, 1985.

388.    Attached hereto as **Exhibit 448** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Surplus Lines Insurance Company, Policy No. XSI 9092, dated from Jan. 1, 1984 to Jan. 1, 1985.

389.    Attached hereto as **Exhibit 449** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Mission National Insurance Company, Policy No. MN027380, dated from Jan. 1, 1984 to Jan. 1, 1985.

390.     Attached hereto as **Exhibit 450** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Northbrook Excess and Surplus Insurance Company, Policy No. 63-009325, dated from Jan. 1, 1984 to Jan. 1, 1985.

391.     Attached hereto as **Exhibit 451** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royal Indemnity Insurance, Policy No. ED102360, dated from Jan. 1, 1984 to Jan. 1, 1985.

392.     Attached hereto as **Exhibit 452** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Wausau Insurance Companies, Policy No. 5735-00-100561, dated from Jan. 1, 1984 to Jan. 1, 1985.

393.     Attached hereto as **Exhibit 453** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Allianz Insurance Company, Policy No. XL559563, dated from Jan. 1, 1984 to Jan. 1, 1985.

394.     Attached hereto as **Exhibit 454** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Great Southwest Fire Insurance Company, Policy No. XL13811, dated from Jan. 1, 1984 to Jan. 1, 1985.

395.     Attached hereto as **Exhibit 455** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America, Policy No. XCP155946, dated from Jan. 1, 1984 to Jan. 1, 1985.

396.     Attached hereto as **Exhibit 456** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Surplus Lines Insurance Company, Policy No. XSI9093, dated from Jan. 1, 1984 to Jan. 1, 1985.

397.     Attached hereto as **Exhibit 457** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5525292, dated from Jan. 1, 1984 to Jan. 1, 1985.

398.     Attached hereto as **Exhibit 458** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Casualty Company, Policy No. XU000074, dated from Jan. 1, 1984 to Jan. 1, 1985.

399.     Attached hereto as **Exhibit 459** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Republic Insurance Company, Policy No. CDE0674, dated from Jan. 1, 1984 to Jan. 1, 1985.

400.     Attached hereto as **Exhibit 460** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royal Indemnity Company, Policy No. ED102360, dated from Jan. 1, 1984 to Jan. 1, 1985.

401.     Attached hereto as **Exhibit 461** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Wausau Insurance Companies, Policy No. 5735-02-100561, dated from Jan. 1, 1984 to Jan. 1, 1985.

402.     Attached hereto as **Exhibit 462** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Surplus Lines Insurance Company, Policy No. XSI9094, dated from Jan. 1, 1984 to Jan. 1, 1985.

403.     Attached hereto as **Exhibit 463** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5553855, dated from Jan. 1, 1984 to Jan. 1, 1985.

404.    Attached hereto as **Exhibit 464** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL739970, dated from Jan. 1, 1984 to Jan. 1, 1985.

405.    Attached hereto as **Exhibit 465** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royal Indemnity Company, Policy No. ED102360, dated from Jan. 1, 1984 to Jan. 1, 1985.

406.    Attached hereto as **Exhibit 466** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Wassau Insurance Companies, Policy No. 5735-03-100561, dated from Jan. 1, 1984 to Jan. 1, 1985.

407.    Attached hereto as **Exhibit 467** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN3985WCA, dated from Jan. 1, 1984 to Jan. 1, 1985.

408.    Attached hereto as **Exhibit 468** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with AIU Insurance Company, Policy No. 75-102228, dated from Jan. 1, 1984 to Jan. 1, 1985.

409.    Attached hereto as **Exhibit 469** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Centennial Insurance Company, Policy No. CC-01-58-73, dated from Jan. 1, 1984 to Jan. 1, 1985.

410.    Attached hereto as **Exhibit 470** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Birmingham Fire Insurance Company of Pennsylvania, Policy No. SE6074203, dated from Jan. 1, 1984 to Jan. 1, 1985.

411.    Attached hereto as **Exhibit 471** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Gibraltar Casualty Company, Policy No. GMX02521, dated from Jan. 1, 1984 to Jan. 1, 1985.

412.    Attached hereto as **Exhibit 472** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Great Northern Insurance Company, Policy No. 8571298981, dated from Jan. 1, 1984 to Jan. 1, 1985.

413.    Attached hereto as **Exhibit 473** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with The Hartford, Policy No. 10XS103213, dated from Jan. 1, 1984 to Jan. 1, 1985.

414.    Attached hereto as **Exhibit 474** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America, Policy No. 47HF20003, dated from Jan. 1, 1984 to Jan. 1, 1985.

415.    Attached hereto as **Exhibit 475** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America, Philadelphia, Pennsylvania, Policy No. XCP155946, dated from Jan. 1, 1984 to Jan. 1, 1985.

416.    Attached hereto as **Exhibit 476** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Surplus Lines Insurance Company, Policy No. XSI9095, dated from Jan. 1, 1984 to Jan. 1, 1985.

417.    Attached hereto as **Exhibit 477** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5525292, dated from Jan. 1, 1984 to Jan. 1, 1985.

418.     Attached hereto as **<u>Exhibit 478</u>** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Mead Reinsurance, Policy No. XL1829, dated from Jan. 1, 1984 to Jan. 1, 1985.

419.     Attached hereto as **<u>Exhibit 479</u>** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL739971, dated from Jan. 1, 1984 to Jan. 1, 1985.

420.     Attached hereto as **<u>Exhibit 480</u>** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 9608473, dated from Jan. 1, 1984 to Jan. 1, 1985.

421.     Attached hereto as **<u>Exhibit 481</u>** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Wausau Insurance Companies, Policy No. 5735-04-100561, dated from Jan. 1, 1984 to Jan. 1, 1985.

422.     Attached hereto as **<u>Exhibit 482</u>** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN4052WCA, dated from Jan. 1, 1984 to Jan. 1, 1985.

423.     Attached hereto as **<u>Exhibit 483</u>** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Birmingham Fire Insurance Company of Pennsylvania, Policy No. SE6074226, dated from Jan. 1, 1984 to Jan. 1, 1985.

424.     Attached hereto as **<u>Exhibit 484</u>** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Industrial Indemnity, Policy No. 6484-0068, dated from Jan. 1, 1984 to Jan. 1, 1985.

425. Attached hereto as **Exhibit 485** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with London Guarantee and Accident Company of New York, Policy No. LX2110724, dated from Jan. 1, 1984 to Jan. 1, 1985.

426. Attached hereto as **Exhibit 486** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Mission National Insurance Company, Policy No. MN027480, dated from Jan. 1, 1984 to Jan. 1, 1985.

427. Attached hereto as **Exhibit 487** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 9608519, dated from Jan. 1, 1984 to Jan. 1, 1985.

428. Attached hereto as **Exhibit 488** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Republic Indemnity Company of America, Policy No. 4CX10062, dated from Jan. 1, 1984 to Jan. 1, 1985.

429. Attached hereto as **Exhibit 489** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Republic Insurance Company, Policy No. CDE0855, dated from Jan. 1, 1984 to Jan. 1, 1985.

430. Attached hereto as **Exhibit 490** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Royal Indemnity Insurance, Policy No. ED102360, dated from Jan. 1, 1984 to Jan. 1, 1985.

431. Attached hereto as **Exhibit 491** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Safety Mutual Casualty Corporation, Policy No. UF1192NJ, dated from Jan. 1, 1984 to Jan. 1, 1985.

432.    Attached hereto as **Exhibit 492** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with American Motorists Insurance Company, Policy No. 1YM578951-01, dated from Jan. 1, 1985 to Jan. 1, 1986.

433.    Attached hereto as **Exhibit 493** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 34001, dated from Jan. 1, 1980 to Jan. 1, 1981.

434.    Attached hereto as **Exhibit 494** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America, Policy No. 45HF2037, dated from Jan. 1, 1985 to Jan. 1, 1986.

435.    Attached hereto as **Exhibit 495** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6484-0068, dated from Jan. 1, 1984 to Jan. 1, 1987.

436.    Attached hereto as **Exhibit 496** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 13401400, dated from Jan. 1, 1985 to Jan. 1, 1986.

437.    Attached hereto as **Exhibit 497** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Pacific Employers Insurance Company, Policy No. XMO017206, dated from Jan. 1, 1985 to Jan. 1, 1986.

438.    Attached hereto as **Exhibit 498** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6484-5726, dated from Jan. 1, 1984 to Jan. 1, 1986.

439.    Attached hereto as **Exhibit 499** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Group Druout, Policy No. 59244-85, dated from Jan. 1, 1985 to Jan. 1, 1986.

440.    Attached hereto as **Exhibit 500** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America, Philadelphia, Pennsylvania, Policy No. XCP156496, dated from Jan. 1, 1985 to Jan. 1, 1986.

441.    Attached hereto as **Exhibit 501** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 1-34015-00, dated from Jan. 1, 1985 to Jan. 1, 1986.

442.    Attached hereto as **Exhibit 502** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL770800, dated from Jan. 1, 1985 to Jan. 1, 1986.

443.    Attached hereto as **Exhibit 503** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 9609012, dated from Jan. 1, 1985 to Jan. 1, 1986.

444.    Attached hereto as **Exhibit 504** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Pacific Employers Insurance Company, Policy No. XCC012295, dated from Jan. 1, 1985 to Jan. 1, 1986.

445.    Attached hereto as **Exhibit 505** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Republic Insurance Company, Policy No. CDE1103, dated from Jan. 1, 1985 to Jan. 1, 1986.

446.     Attached hereto as **Exhibit 506** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Wausau Insurance Companies, Policy No. 5736-00-102585, dated from Jan. 1, 1985 to Jan. 1, 1986.

447.     Attached hereto as **Exhibit 507** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN4536WCA, dated from Jan. 1, 1985 to Jan. 1, 1986.

448.     Attached hereto as **Exhibit 508** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6485-7000, dated from Jan. 1, 1985 to Jan. 1, 1986.

449.     Attached hereto as **Exhibit 509** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Groupe Drouot/Assurances Generales De France, Policy No. 59243/85 dated from Jan. 1, 1985 to Jan. 1, 1986.

450.     Attached hereto as **Exhibit 510** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Harbor Insurance Company, Policy No. HI17875, dated from Jan. 1, 1985.

451.     Attached hereto as **Exhibit 511** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Surplus Lines Insurance Company, Policy No. XSI10049, dated from Jan. 1, 1985 to Jan. 1, 1986.

452.     Attached hereto as **Exhibit 512** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 1-34016-00, dated from Jan. 1, 1985 to Jan. 1, 1986.

453.     Attached hereto as **Exhibit 513** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL770801, dated from Jan. 1, 1985 to Jan. 1, 1986.

454.     Attached hereto as **Exhibit 514** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with N.V. Schadeverzekeringsmaatschappij Maas Lloyd, Policy No. 5950619, dated from Jan. 1, 1985 to Jan. 1, 1986.

455.     Attached hereto as **Exhibit 515** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Casualty Company, Policy No. XU000184, dated from Jan. 1, 1985 to Jan. 1, 1986.

456.     Attached hereto as **Exhibit 516** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN4537WCA, dated from Jan. 1, 1985 to Jan. 1, 1986.

457.     Attached hereto as **Exhibit 517** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Granite State Insurance Company, Policy No. 6485-7001, dated from Jan. 1, 1985 to Jan. 1, 1986.

458.     Attached hereto as **Exhibit 518** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America, Philadelphia, Pennsylvania, Policy No. XCP156496, dated from Jan. 1, 1985 to Jan. 1, 1986.

459.     Attached hereto as **Exhibit 519** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Surplus Lines Insurance Company, Policy No. XSI10050, dated from Jan. 1, 1985 to Jan. 1, 1986.

460.     Attached hereto as **Exhibit 520** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 552-6398, dated from Jan. 1, 1985 to Jan. 1, 1986.

461.     Attached hereto as **Exhibit 521** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 1-34017-00, dated from Jan. 1, 1985 to Jan. 1, 1986.

462.     Attached hereto as **Exhibit 522** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL770818, dated from Jan. 1, 1985 to Jan. 1, 1986.

463.     Attached hereto as **Exhibit 523** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Casualty Company, Policy No. XU000185, dated from Jan. 1, 1985 to Jan. 1, 1986.

464.     Attached hereto as **Exhibit 524** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN4538WCA, dated from Jan. 1, 1985 to Jan. 1, 1986.

465.     Attached hereto as **Exhibit 525** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with AIU, Policy No. 75-104350, dated from Jan. 1, 1985 to Jan. 1, 1986.

466.     Attached hereto as **Exhibit 526** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America, Philadelphia, Pennsylvania, Policy No. XCP156496, dated from Jan. 1, 1985 to Jan. 1, 1986.

467. Attached hereto as **Exhibit 527** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with International Surplus Lines Insurance Company, Policy No. XSI10051, dated from Jan. 1, 1985 to Jan. 1, 1986.

468. Attached hereto as **Exhibit 528** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Lexington Insurance Company, Policy No. 5526398, dated from Jan. 1, 1985.

469. Attached hereto as **Exhibit 529** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Middlesex Assurance Company Limited, Policy No. 1-34018-00, dated from Jan. 1, 1985 to Jan. 1, 1986.

470. Attached hereto as **Exhibit 530** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL770802, dated from Jan. 1, 1985 to Jan. 1, 1986.

471. Attached hereto as **Exhibit 531** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with National Union Fire Insurance Company of Pittsburgh, PA, Policy No. 9609012, dated from Jan. 1, 1985 to Jan. 1, 1986.

472. Attached hereto as **Exhibit 532** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Aetna Casualty and Surety Company, Policy No. 01XN4539WCA, dated from Jan. 1, 1985 to Jan. 1, 1986.

473. Attached hereto as **Exhibit 533** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Great Northern Insurance Company, Policy No. (86)7129-89-81, dated from Jan. 1, 1985 to Jan. 1, 1986.

474.    Attached hereto as **Exhibit 534** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Insurance Company of North America, Philadelphia, Pennsylvania, Policy No. XCP156496, dated from Jan. 1, 1985 to Jan. 1, 1986.

475.    Attached hereto as **Exhibit 535** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Mead Reinsurance, Policy No. XL1973, dated from Jan. 1, 1985 to Jan. 1, 1986.

476.    Attached hereto as **Exhibit 536** is a true and correct redacted copy of Johnson & Johnson, et al.'s insurance policy with Midland Insurance Company, Policy No. XL770803, dated from Jan. 1, 1985 to Jan. 1, 1986.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and after reasonable inquiry.

Dated:    May 23, 2019
          New York, New York

                                        /s/ John J. Nolan
                                        John J. Nolan