**SEALED EXHIBITS 100 – 536**

**FILED AT DOCKET NOS. 67 - 76**